THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF
SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
John A. Allen, Jr., Appellant.
 
 
 

Appeal From Abbeville County
 Wyatt T. Saunders, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-037
Submitted January 1, 2005  Filed January 
 14, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott , Office of the Attorney General, all of 
 Columbia; and Solicitor William Townes Jones, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  John A. Allen appeals the denial of his motion for a directed 
 verdict, arguing that the trial judge improperly allowed the jury to engage 
 in conjecture and speculation. After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Allens appeal 
 under Rule 220(b)(2), SCACR, and grant counsels motion to be relieved.  
 
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, JJ., concur.